# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 08-1295 (RJL) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF STATE , | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 29th day of March, 2010, hereby

**ORDERED** that the defendant's Motion for Summary Judgment [# 15] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Cross-Motion for Summary Judgment [# 21] is **DENIED**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge